McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00025-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PEDRO FUENTES, | DATE: May 17, 2018 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on May 17, 2018.

2. By this stipulation, the defendant now moves to set the matter for a Change of Plea hearing on June 14, 2018, and to exclude time between May 17, 2018, and June 14, 2018, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes several hundred pages of investigative reports and hours of recorded phones calls from five different cellular telephones. All of this discovery has been produced directly to counsel.

    b) Counsel for the defendant desires additional time review the expansive

discovery in this case; conduct investigation related to the discovery; consult with his client with respect to the charges, evidences, and proceedings; and otherwise prepare for sentencing mitigation.

        c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 17, 2018 to June 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        g)     Additionally, an exclusion of time under 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2) is appropriate given the complexity of this case involving ten defendants and five wiretapped cellular telephones.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///

Dated: May 11, 2018        McGREGOR W. SCOTT
                           United States Attorney

                           /s/ JUSTIN L. LEE
                           JUSTIN L. LEE
                           Assistant United States Attorney


Dated: May 11, 2018        /s/ TODD D. LERAS (as authorized on 5/11/2018)
                           TODD D. LERAS
                           Counsel for Defendant
                           Pedro Fuentes

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of May, 2018.

Troy L. Nunley
United States District Judge