LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO CRUZ FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO CRUZ FUENTES,<br><br>Defendant. | Case No.: 2:16-CR-025 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    August 16, 2018<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

      This matter is presently set for a status conference on June 14, 2018.  The case involves allegations of distribution of controlled substances stemming from several rounds of court-authorized wiretaps.  The discovery includes voluminous reports, audio and video tapes, and transcripts in the English and Spanish languages.

ORDER CONTINUING STATUS
CONFERENCE

Several charged defendants in this case have resolved their pending matters. The United States has provided a proposed plea agreement to Defendant Pedro Cruz Fuentes. Mr. Cruz Fuentes has limited English language skills and communicates with counsel through a Spanish language interpreter. Defense counsel is continuing his review of the proposed plea agreement and needs additional time to ensure Mr. Cruz Fuentes fully understands its terms, his potential defenses, his constitutional rights, and how the Sentencing Guidelines impact his potential sentence.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, stipulate as follows:

1. By this stipulation, Defendant now moves to vacate the status conference presently set for June 14, 2018. The parties request to continue the status conference to August 16, 2018., and to exclude time between June 14, 2018 and August 16, 2018 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, and the supplemental discovery recently provided by the United States, defense counsel is engaged in ongoing defense investigation related to potential defenses in this matter and review of a proposed plea agreement with Mr. Cruz Fuentes. This investigation and review of the proposed plea agreement is necessary to ensure that Mr. Cruz Fuentes makes an informed decision about whether to resolve his case by negotiated disposition.

ORDER CONTINUING STATUS CONFERENCE

3. Defense counsel represents and believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 14, 2018 to August 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: June 11, 2018

By    Todd D. Leras for
JUSTIN LEE
Assistant United States Attorney

DATED: June 11, 2018

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
PEDRO CRUZ FUENTES

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for June 14, 2018, is vacated. A new status conference/potential change of plea hearing is scheduled for August 16, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 14, 2018, up to and including August 16, 2018.

DATED: June 12, 2018

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE