LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>PEDRO CRUZ FUENTES,<br><br>            Defendant. | Case No.: 2:16-cr-025 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:      Hon. Troy L. Nunley<br><br>Date:       January 24, 2019<br>Time:      9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Justin Lee and Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from November 1, 2018 to January 24, 2019.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defense counsel requests the continuance because he needs additional time to prepare for the sentencing hearing. This preparation time includes meeting with Mr. Fuentes and a Spanish language interpreter to review materials relevant to the hearing. Mr. Fuentes has limited English language skills. Review of relevant sentencing documents therefore requires interpreter assistance to ensure that Mr. Fuentes is fully advised of procedural and substantive sentencing matters.

The government does not object to the requested continuance and the assigned probation officer has confirmed her availability on the requested date. Mr. Fuentes' probation interview and the draft Pre-Sentence Investigation Report have been prepared. There is therefore a limited adjustment of the previously-set disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report: November 29, 2018;

2. Final Pre-Sentence Report Date: December 13, 2018;

3. Motion for Correction Date: January 10, 2019; and

4. Reply Date: January 17, 2019.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: October 24, 2018

By   /s/ Todd D. Leras for
    JUSTIN LEE
    Assistant United States Attorney

DATED: October 24, 2018

By   /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    PEDRO FUENTES

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to January 24, 2019, at 9:30 a.m. The Court adopts the modified Pre-Sentence Investigation Report deadline proposed by the parties.

IT IS SO ORDERED.

DATED: October 24, 2018

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE